UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | |
|---|---|
| GARY ELLISON ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| vs. ) | No. 05 C 6236 |
| ) | |
| COOK COUNTY SHERIFF MICHAEL F. ) | |
| SHEAHAN, individually and in his official ) | Judge David H. Coar |
| capacity, COUNTY OF COOK, a body politic ) | |
| unit of local government, DEPUTY SHERIFF ) | |
| JOHN DOE BAILEY, individually and in his ) | Magistrate Nolan |
| official capacity, and UNKNOWN DEPUTY ) | |
| SHERIFFS individually and in their official ) | JURY DEMANDED |
| capacities, ) | |
| ) | |
| **Defendants.** ) | |

## PLAINTIFF'S VOLUNTARY MOTION TO DISMISS

NOW COMES, the Plaintiff, GARY ELLISON, by and through his attorneys, The Law Offices of Anderson J. Ward, P.C., and files his Voluntary Motion to Dismiss the complaint filed and in support thereof states as follows:

The complaint in this matter was filed on October 28, 2005. The Plaintiff Gary Ellison during the pendency of this matter was convicted of Murder in Cook County. After conversations with between Mr. Ellison and his counsel, the Plaintiff Gary Ellison is unable prosecute his complaint previously filed. Mr. Ellison elects to voluntarily dismiss the complaint at this time. .

WHEREFORE, the Plaintiff, Gary Ellison prays that his Court enter and order dismissing his complaint without prejudice.

Respectfully submitted,

S/Letheal N. Johnson

Letheal N. Johnson (ARDC# 6256150)
Law Offices of Anderson J. Ward, P.C.
21470 Main St., Suite 201
Matteson, IL 60443
(708) 747-7445