In the United States District Court
for the Northern District of Illinois

Gary Ellison, plaintiff

vs.

Michael Sheahan, respondent

**FILED**
JAN 3 0 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

CaseNumber 05 C 6236
In the courtroom of
The Honorable Judge
JUDGE COAR

Motion for Objection to
Voluntary Dismissal

Now comes the Petitioner, Gary Ellison, represented by Anderson J Ward, PC, requesting that this Honorable court disregard or deny the Motion for Voluntary Dismissal in Gary Ellison vs Michael Sheahan et al., Case Number 05 C 6236, and further requesting of this Honorable court to disregard or deny any motion to postpone or dismiss in any capacity, the aforementioned case. In support of this motion, the following is respectfully submitted:

1  During telephone conversation between The Law offices of Anderson J Ward, PC, and the plaintiff, Gary Ellison, the plaintiff disagreed to any form of dismissal, and explicitly expressed his will to proceed with Gary Ellison vs Michael Sheahan et al., Case Number 05 C 6236

2  The plaintiff asked to be informed of all options available and was repeatedly told that voluntary dismissal was the only option.

3  The plaintiff requested that Anderson J Ward, PC, relinquish handling of Gary Ellison vs Michael Sheahan et al., and was told that option was impossible.

4  The plaintiff requested that Anderson J Ward, PC, enter a motion of appointment of counsel, and was told that option was impossible.

5  Anderson J Ward alleges that there are no witnesses that he knows of when both the plaintiff and Felecia Price informed him of each:
    Shawn Rose, on behalf of the paintiff;
    Paul Washington, on behalf of the plaintiff;
    and Enrique Cervansis, on behalf of the plaintiff.

6  In addition to these witnesses, Anderson J Ward, PC, is also aware of the administering doctors statement, failing to interveiw this witness.

7  Anderson J Ward, PC, is also in possession and disregard of numerous evidentiary photos taken after incident, these photos which he himself labled telling.

8  In knowing of conviction and circumstances of client for over twenty-eight weeks, Anderson J Ward, PC, continuously requested payment for services both committed and forthcoming, maliciously defrauding and misleading client as to progress to be and being made on clients behalf, when truthfully, all beneficial action had been delayed and then canceled in regard to the outcome of unrelated criminal case.

9  Anderson J Wards sole communication to the plaintiff since initial interview regarding standpoint of civil case on personal injury and violations of civil rights is, in his own words summarily, ' In reviewing the statements of the defendants, all the correction officers allege that you were acting violently, aggressively and refusing to follow orders and directions ', a prejudicial statement in regards to the timing of my conviction, and not upon initial assessment.


Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

Date: 1/10/07

Name: GARY Ellism
IDOC#: K81210

P.o Box 711
Menard, IL. 62259