In the United States District Court
for the Northern District of Illinois

Gary Ellison, Plaintiff
vs.
Michael Sheahan, Respondent

Case Number 05 C 6236
In the courtroom of
the Honorable Judge Coar

Motion for reconsideration to
voluntary dismissal

Now comes the petitioner, Gary Ellison, respectfully requesting that the court reconsider the motion of voluntary dismissal entered by rogue attorney, Anderson Ward. In support of motion, the following is respectfully submitted.

- Attorney Anderson Ward purposely misled plaintiff as to date that he would enter motion for voluntary dismissal by secretively cutting court date told to plaintiff by two weeks as to thwart any attempt made by plaintiff to inform court of belligerent misrepresentation.

- The plaintiff was informed, though receiving no formal response to objection to voluntary dismissal, that it was spoke into record by Justice Coars, that plaintiff should have taken up matter with legal representation, Attorney Ward, which is essentially the plaintiffs reason for he himself authoring motion to object to voluntary dismissal, seeing attorney Ward had disregarded all requests and demands made by incapacitated client, unable to speak for himself in person.

- Attorney Ward further purposely misled plaintiff as to date that he would enter Motion for Voluntary Dismissal by informing plaintiffs family of an erroneous filing date, as to hide his unauthorized motion to voluntarily dismiss, when entered.

- Lastly, for the record, Attorney Anderson Ward has entered motion against the expressed will of his client.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

**FILED**

MAR 3 0 2007
03-30-07
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Date: 3/19/2007
Name: Gary Ellison
IDOC#: K81210

Menard, IL 62259
P.O Box 711